EXHIBIT "E"



Public Health Service
Food and Drug Administration
200 C Street, S.W.
Washington, D.C. 20204

AUG 2 2 1979

Mr. Kenneth B. Basa
National Food Ingredient Company
4830 S. Christiana Avenue
Chicago, Ill.   60632

Dear Mr. Basa:

This is in reply to your letter of July 31, 1979 concerning the use
of vanilla-vanillin and natural non-vanilla derived flavorings in
category II Vanilla Flavored Ice Cream.

We will respond to your questions in the order in which they appear
in your letter.

1.  Natural flavors not derived from vanilla beans may be used in
    combination with the standardized items included under 21 CFR
    169 (vanilla-vanillin extract or vanilla-vanillin flavoring)
    for category II vanilla flavored ice cream provided that the
    flavoring contributed by or derived from the vanilla beans
    predominates.

2.  The combination of vanilla-vanillin extract or vanilla-vanillin
    flavoring with natural flavors not derived from vanilla beans
    as provided above may be marketed in a single package. However,
    such a combination should in no way imply or suggest that this
    combination is one of the standardized flavors covered under 21
    CFR 169.

3.  The labeling for the above combination flavoring should identify
    what the combination is, e.g. "Vanilla-Vanillin Extract and____"
    (the blank to be filled with the names of the particular flavors
    used) or "Vanilla-Vanillin Extract with other natural flavors".
    The ingredient statement should declare the standardized flavor-
    ing by its specific common or usual name with a parenthetical
    listing of the optional ingredients required to be declared by
    the particular standard, and each ingredient of the natural non-
    vanilla flavoring should be declared by its specific common or
    usual names.

If we can be of further assistance, please let us know.

Sincerely yours,

Taylor M. Quinn
Associate Director
  for Compliance
Bureau of Foods